UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILLIAM R. MITCHELL**,
        Petitioner,

          Civil Action

v.

          No. **04-10844-MLW**

**LUIS SPENCER, SUPERINTENDENT**,
        Respondent.

**ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES**

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒     **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. 04-10844-MLW.**

**ORDERS**

**Based upon the foregoing, it is ORDERED:**

1. **May the application to proceed without prepayment of fees be GRANTED?**
    Yes ☒     No ☐

2. **Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?**
    Yes ☐     No ☒

3. **Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?**
    Yes ☒     No ☐

 **June 18, 2004**             **/s/ Mark L. Wolf**
**DATE**                    **UNITED STATES DISTRICT JUDGE**

(ifphabe.ord 9/20/96)                                                                  [oifphc.]