UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM R. MITCHELL <br> Petitioner, | ) ) ) ) | |
| v. | ) | Civil Action No. 04-10844-MLW |
| LUIS SPENCER <br> Respondent. | ) ) ) ) ) | |

### RESPONDENT'S MOTION TO DISMISS
### PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer, hereby moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus filed by petitioner William R. Mitchell. As grounds for this motion, the respondent states that the petition is time barred as per 28 U.S.C. § 2244(d)(1). The respondent relies on the accompanying memorandum of law in support of this motion to dismiss.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

Date: July 8, 2004

2

CERTIFICATE OF SERVICE

      I hereby certify that true copies of the above documents were served on William R. Mitchell, pro se, P.O. Box 43, Norfolk, MA 02056 by first class mail, postage prepaid, on July 8, 2004.

      /s Susanne G. Reardon
Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832