UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUL -9 P 12:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM R. MITCHELL
Petitioner,

v.

LUIS SPENCER
Respondent.

Civil Action No. 04-10844-MLW

**RESPONDENT'S SUPPLEMENTAL APPENDIX TO HIS MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

Now comes the respondent in the above-captioned case and hereby files the following documents in support of his motion to dismiss the petition for writ of habeas corpus:

State court docket sheets pp. 1-7

Respectfully submitted,

THOMAS F. REILLY
Attorney General

Susanne Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

Date: July 8, 2004

CERTIFICATE OF SERVICE

I hereby certify that true copies of the above documents were served on William R. Mitchell, pro se, P.O. Box 43, Norfolk, MA 02056 by first class mail, postage prepaid, on July 8, 2004.

Susanne Reardon

Susanne G. Reardon
BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

| Date | No. | Entry |
|---|---|---|
| 1991 | | |
| Nov. 20 | | Upon presentation, F. P. Marchette, Esq. Allowed to withdraw. (Brady,J.) |
| | 41 | Notice of Assignment of Counsel 0071160- C.P.C.S. appointed. (Brady,J.) |
| Nov. 21 | | Transcript forms sent to F. P. Marchetti, Esq. |
| Dec.20 | 42 | Victim/Witness Assessment $50.00 Paid. |
| 1992 | | |
| Apr.17 | 43 | David Hoose has beem assigned to case, notice from C.P.C.S, Boston. |
| May 12 | 44 | Notice to M. Parzile to prepare transcripts, (Nov. 4 to Nov. 14, 1991) |
| May 12 | 45 | Certficate of Assistant Clerk. to perpare transcripts. |
| Nov 5 | 46 | Transcripts received (3 volumes, Nov. 4, 6, 7, 1991) from K. Gordon, Stenographer. |
| Nov 6 | 47 | Second notice to Marie Parziale to prepare transcripts. |
| 1993 | 48 | Certificate of Assistant Clerk to prepare transcripts. |
| Feb. 18 | 49 | Transcripts received (4 volumes Nov. 5, 12, 13, 14, 1991) from M. Parziale, stenographer |
| Mar. 18 | 50 | Certificate Re; Receipt of Transcripts, from D. Duncan, A.D.A. (7 volumes) |
| May 12 | 51 | Certificate Re; Receipt of Transcripts, from David Hoose, Esq., (7 volumes) |
| May 27 | 52 | Notice of assiggnment of Counsel C 1062312-6 John Thompson, Esq., appointed. |
| Jun. 4 | 53 | Notice of appearance, John M. Thompson Esq. |
| Aug 12 | 54 | Notice of Assembly of Records and Transcripts transmitted to the Appeals Court. |
| 1995 | | |
| March 29 | 55 | Rescript dated February 28, 1995 from the Appeals Court--Ordered--Judgment affirmed. |
| 1997 | | |
| Jul 21 | 56 | Defendant's Motion for A New Trial, Pursuant to Mass. R. Crim. P. Rule 30 (b), Affidavit and Memorandum filed by Pro Se. Copy to Brady, J. on 7/23/97 |
| Aug 25 | 57 | Memorandum of Decision and ORder on Defendant's Motion for a New Trail DENIED. Patrick Brady,J. |
| Oct 22 | 58 | Defendant's Motion for Leave to Late File Notice of Appeal filed by Pro Se. Copy to Bohn,J. on 10/22/97 |
| 23 | | Motion 58 Allowed. Bohn,J. Copy to Pro Se on 10/27/97 |
| | 59 | Defendant's Notice of Appeal filed. Copy to R.Murphy Asst Clerk on 10/27/97 |
| Oct 31 | 60 | Notice of Assembly of Record to the Appeals Court re: Denial of Motion for a New Trial |
| ~~Nov 19~~ | ~~61~~ | ~~Defendant's Motion for Reconsideration, Memorandum filed by pro se. Copy to Brady,J. on 11/20/97~~ |
| 24 | | Motion 61 upon review denied. Brady, J. See Endorsement. Copy to W.Mitchell pro se on 12/3/97. |
| Dec 10 | 62 | Defendant's Notice of Appeal filed. Copy to Brady,J. on 12/24/97 |

COMMONWEALTH OF MASSACHUSETTS
ESSEX, SS.
SUPERIOR COURT
CRIMINAL DOCKET

COMMONWEALTH VS. WILLIAM R. MITCHELL

No. CR- 17367
PAGE 3

| Date | No. | Entry |
|---|---|---|
| 12/21/98 | | [illegible] to SJC |
| 1998 | | |
| Apr 2 | 63 | Certificate of Service, and Affidavit filed. |
| | 64 | Defendant's Motion for Reconsideration filed. |
| | 65 | Defendant's Amended Motion for a new trial, pursuant to Mass. R. Crim. P. Rule 30 (b) filed. |
| | 66 | Defendant's Renewed Motion for an Evidentiary Hearing filed. |
| | 67 | Defendant's Renewed Motion for Appointment of counsel filed. |
| | 68 | Defendant's Affidavit in support of Amended Motion for a New Trial, pursuant to Mass. R. Crim P. Rule 30 (b) |
| | 69 | Defendant's Memorandum of Law in Support of Affidavit and Amended Motion for a New Trial filed. |
| | | Pleadings #63 through 69 sent to Patrick Brady J. on 6/15/98 |
| Jul 2 | | Motion #64 upon review, denied. Patrick Brady J. Copy to pro se on 7/8/98 |
| | | Motion #65 upon review, denied. Patrick Brady J. Copy to pro se on 7/8/98 |
| | | Motion#66 Denied. Patrick Brady J. Copy to pro se on 7/8/98 |
| | | Motion #67 Denied. Patrick Brady J. Copy to pro se on 7/8/98 |
| Jul 30 | 70 | Defendant's Notice of Appeal filed by pro se. Copy to Patrick Brady J. on 8/4/98. |
| Sept 14 | 71 | Notice from the Appeals Court re: Stay is vacated. The appeal from the denial of appellant's motion for a New trial is consolidated with pending appeal without necessity of further assembly of the record. The Appellant's consolidated brief and appendix is to be filed with the Appeals Court on or before 10/13/98. Copies of updated trial court docket sheets mailed to Appeals Court. |
| Oct 29 | 72 | Notice from the Appeals Court dated 10/28/98 re: Motion to file oversize brief - **DENIED** (Jacobs, J.). |
| 2000 | | |
| MAY 25 | 73 | REQUEST FOR AN AFFIDAVIT OF INDIGENCY FILED. COPY OF FORM MAILED TO DEFENDANT ON JUNE 1, 2000. |
| June 12 | 74 | Affidavit of Indigency and Request for Waiver, Substitution or State Payment of Fees and Costs filed. |
| Sept. 18 | | SEE COMPUTER |

2

# Commonwealth of Massachusetts
# ESSEX SUPERIOR COURT
# Case Summary
# Criminal Docket

## Commonwealth v Mitchell, William R

Details for Docket: ESCR1990-17367

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | ESCR1990-17367 | **Caption:** | Commonwealth v Mitchel William R |
| **Entry Date:** | 05/23/1990 | **Case Status:** | CtRm 1 (Salem) |
| **Status Date:** | 04/14/2003 | **Session:** | Disposed (appeal denied |
| **Lead Case:** | NA | **Deadline Status:** | |
| **Trial Deadline:** | | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: ESCR1990-17367

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Mitchell | **First Name:** | William R |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

2 Attorneys Involved for Docket: ESCR1990-17367

3

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| Last Name: | Fielding | First Name: | Jean M |
| Address: | PO Box 519 | Address: | |
| City: | Greenfield | State: | MA |
| Zip Code: | 01302 | Zip Ext: | |
| Telephone: | 413-773-5494 | Tel Ext: | |
| Fascimile: | 413-773-5494 | Representing: | Mitchell, William R (Defendant |

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| Last Name: | Schubert | First Name: | Greg T |
| Address: | 1365 Main Street | Address: | |
| City: | Springfield | State: | MA |
| Zip Code: | 01103 | Zip Ext: | |
| Telephone: | 413-746-1313 | Tel Ext: | |
| Fascimile: | 413-746-3102 | Representing: | Mitchell, William R (Defendant |

## Calendar Events

2 Calendar Events for Docket: ESCR1990-17367

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 06/25/2001 | 09:00 | Hearing: Motion | 1 | Event not held--scheduled for another da |
| 2 | 07/20/2001 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |

## Full Docket Entries

86 Docket Entries for Docket: ESCR1990-17367

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 05/23/1990 | 1 | Indictment returned |
| 11/14/1991 | | Re Offense #1: Guilty Verdict |
| 09/18/2000 | 75 | Motion for new trial by Deft, Affidavit and Memorandum in Support of |
| 09/18/2000 | 75 | filed. |
| 09/18/2000 | 76 | Motion by Deft: for Evidentiary Hearing. |
| 09/18/2000 | 77 | Motion for appointment of counsel filed. |
| 10/24/2000 | | Pleading #74-Denied without prejudice: Applicant has failed to state |



| | | |
|---|---|---|
| 10/24/2000 | | reasons why he seeks DNA testing and/or why such testing is |
| 10/24/2000 | | reasonably necessary to assure him as effective an appeal or |
| 10/24/2000 | | post-conviction proceeding as he would have if he were financially |
| 10/24/2000 | | able to pay for such testing. See G.L. C. 261 Sec 27C(4) Commonwealth |
| 10/24/2000 | | v. Lockley. Notice sent 10/26/00 |
| 10/27/2000 | 78 | ORDERED: Commonwealth may have until 11/29/00, to file a responsive |
| 10/27/2000 | 78 | brief in opposition to defendant's motion for new trial. Counsel |
| 10/27/2000 | 78 | should filed the original brief with the Essex Clerk's Office and |
| 10/27/2000 | 78 | send a working copy to me to the court which I am then sitting. |
| 10/27/2000 | 78 | (Patrick,F. Brady,J.) Copy to Pro-See and E.Graddon, ADA on 11/01/00 |
| 11/06/2000 | 79 | Motion by Deft: Motion for Reconsideration filed. Copy of Pleadings |
| 11/06/2000 | 79 | #'s 74 and 75 sent to Rup,J., in Hampshire County. |
| 11/14/2000 | | Motion #79 At the Time of the Defendant's Motion came before me, I |
| 11/14/2000 | | was not made aware that he sought to waive the cost that would be |
| 11/14/2000 | | assessed against him by G.L.C. 22E sec. 4 (6). Satified that the |
| 11/14/2000 | | Defendant is indigent, as Defined by G.L.C. 261 sec. 27A, His motion |
| 11/14/2000 | | is Allowed and the cost of preparing, Collecting and Processing the |
| 11/14/2000 | | DNA Sample. The Defendant must Provide shall be paid by the |
| 11/14/2000 | | Commonwealth, all Waived. (Rup, J.) |
| 12/12/2000 | 80 | Commonwealth's Motion to File Late Filed Copy to Judge Brady. |
| 12/12/2000 | 81 | Commonwealth's Opposition to Defendnant's September, 2000 New Trial |
| 12/12/2000 | 81 | Motion Filed Copy to Brady, J. |
| 12/28/2000 | | Motion #76 : The issue presented by the Defendant does not require an |
| 12/28/2000 | | evidentiary hearing. When Counsel for Defendant has been appointed |
| 12/28/2000 | | he/she and the prosecution shall contact me to schedule a |
| 12/28/2000 | | non-evidentiary hearing (Brady,J.) |
| 12/28/2000 | | Motion (P#77) Upon Review allowed The clerk shall refer the case to |
| 12/28/2000 | | CPCS for reference to counsel. When Counsel has been appointed he/she |
| 12/28/2000 | | and the prosecution shall contact me to schedule a non-evidentiary |
| 12/28/2000 | | hearing (Brady,J.) |
| 01/02/2001 | 82 | Motion by Deft: for Leave to Expand Record |
| 01/02/2001 | 83 | Motion by Deft: for Leave to Reply to the Commonwealth's Memorandum |
| 01/02/2001 | 83 | in Opposition to the Defendant's Motion for New Trial and Memorandum |
| 01/02/2001 | 83 | in Support of filed |
| 01/02/2001 | 84 | Motion by Deft: for the Return of Property filed and ALLOWED |
| 01/02/2001 | 84 | (Borenstein,J.) |
| 01/12/2001 | 85 | Notice of Assignment of Counsel C2624393-2 Jean M Fielding, Esq., for |
| 01/12/2001 | 85 | Screening |
| 02/06/2001 | | Motion #82 - ALLOWED. (Brady, J.) |
| 02/06/2001 | | Motion #83 - ALLOWED. (Brady, J.) |
| 02/28/2001 | 86 | Notice of Assignment of Counsel c2624591-4. Greg Shubert, Esq. |

| | | |
|---|---|---|
| 02/28/2001 | 86 | Appointed. |
| 03/07/2001 | 87 | Appearance of Counsel - Atty: Greg T Schubert appears for the |
| 03/07/2001 | 87 | Defendant. |
| 04/13/2001 | 88 | Supplement To Defendant's Memorandum Of Law In support Of Motion For |
| 04/13/2001 | 88 | A New Trial - Filed (copies of motion and docket sheets to Judge) |
| 05/25/2001 | 89 | Supplement To Defendant's Memorandum Of Law In Support Of Motion For |
| 05/25/2001 | 89 | A New Trial and docket sheets to Judge Peter Brady. |
| 06/15/2001 | 90 | Habeas corpus for Deft at Norfolk MCI for Monday, June 25, 2001, at |
| 06/15/2001 | 90 | 9:00A.M. for Motion for New Trial in Norfolk Superior Court - Ct. |
| 06/15/2001 | 90 | room #3, Judge Patrick Brady's session. Requested by: Shirley Cahill, |
| 06/15/2001 | 90 | District Attoreny's Office. ADA:Appeal Division, Eileen Graydon |
| 06/27/2001 | 91 | Letter from District Attorney's Office Re: Rescheduling |
| 06/27/2001 | 91 | non-evidentiary hearing on defendant's new trial motion - Filed. |
| 07/09/2001 | 92 | Habeas corpus for Deft at Norfolk MCI for July 20, 2001, at 12:00Noon |
| 07/09/2001 | 92 | for Hearing for a Motion for New Trial in Norfolk Superior Ct. - Ct. |
| 07/09/2001 | 92 | Room 3, Judge Patrick Brady's session. Requested by:Shirley Cahill, |
| 07/09/2001 | 92 | District Attorney's Office |
| 07/20/2001 | 93 | Motion Commonwealth's Opposition To Defendant's Supplement To His |
| 07/20/2001 | 93 | Memorandum In Support Of His September 2000 New Trial Motion - Filed |
| 07/20/2001 | 93 | in open Court. |
| 08/07/2001 | 94 | MEMORANDUM & ORDER: On Defendant's September 18, 2000 Motion For A |
| 08/07/2001 | 94 | New Trial - ORDER DENIED (Patrick F.Brady, Justice of the Superior |
| 08/07/2001 | 94 | Court) |
| 08/09/2001 | 95 | Commonwealth files Correspondence letter to Judge Patrick F. Brady. |
| 08/09/2001 | 95 | (copy and docket sheets to Judge Patrick F. Brady) |
| 08/14/2001 | 96 | Motion For Hearing Transcript and Affidavit - Filed. |
| 08/16/2001 | | Motion #96 - ALLOWED. (Brady, J.) copy sent to Grayson Court Reporter |
| 09/04/2001 | 97 | Defendant's Notice Of Appeal - Filed. |
| 01/16/2002 | 98 | Letter from Defendant Re Appeal -filed. |
| 02/27/2002 | | Transcript of testimony received 1 volumes dated 7/20/01 from court |
| 02/27/2002 | | reporter, Grayson, Gayle |
| 03/18/2002 | 99 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 04/04/2003 | 100 | Rescript received from Appeals Court; (Memorandum And Order Pursuant |
| 04/04/2003 | 100 | To Rule 1:28) Order denying motion for new trial affirmed. |
| 04/04/2003 | 100 | (Armstrong, CJ., Gelinas & Kantrowitz, JJ.) |
| 04/14/2003 | 101 | Rescript received from Appeals Court; judgment AFFIRMED Order denying |
| 04/14/2003 | 101 | motion for new trial affirmed.(Armstrong, CJ., Gelinas & Kantrowitz, |
| 04/14/2003 | 101 | JJ.) |

## Charges



1 Charges for Docket: ESCR1990-17367

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Murder, 2d degree | ESCR1990-17367 | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.

7