William R. Mitchell
P.O. Box 43
Norfolk, MA 02056

United States District Court
District of Massachusetts
William L. Ruane, Jr.
Chief Deputy Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

June 20, 2005

Re: MITCHELL V. SPENCER
    CIVIL ACTION NO. 10844-MLW

Dear Clerk Ruane:

   I am in request for a copy of an up-to-date set of the Court's docket entries in the above-entitled case.

   Thank you for your time in this matter.

                                    Very truly yours,

                                    *[signature]*
                                    William R. Mitchell

cc: file